# US COURT OF APPEALS FOR THE FIFTH CIRCUIT

| | |
|---|---|
| PENG WANG and QINLIN LI, | CASE No. 25-20354 |
| Plaintiffs-Appellants, | |
| vs. | |
| KEN PAXTON, Attorney General of Texas, | |
| in his Official Capacity, only. | |
| Defendant-Appellee. | |

## CONSENT MOTION TO VOLUNTARILY DISMISS AS TO QINLIN LI ONLY

Plaintiff-Appellant Qinlin Li hereby moves to voluntarily dismisses her appeal as, for personal reasons, she no longer wants to participate in this litigation.

Plaintiff-Appellant Peng Wang does not join this dismissal and continues to prosecute the appeal.

Counsel for Plaintiffs-Appellants has received consent from counsel for Defendant-Appellee for this motion.

September 25, 2025

Respectfully submitted,

/s/ Justin Sadowsky
Justin Sadowsky
CHINESE AMERICAN LEGAL DEFENSE ALLIANCE
4250 N. Fairfax Drive #600
Arlington, VA 22203
646-785-9154
justins@caldausa.org

Keliang (Clay) Zhu
CHINESE AMERICAN LEGAL DEFENSE ALLIANCE
7901 Stoneridge Drive #208
Pleasanton, CA 94588
925-399-6702
czhu@dehengsv.com

*Attorneys for Plaintiffs-Appellants*

# CERTIFICATE OF COMPLIANCE

Pursuant to 5TH CIR. R. 32.2.7(c), the undersigned certifies this brief complies with the type-volume limitations of 5TH CIR. R. 32.2.7(b).

1. EXCLUSIVE OF THE EXEMPTED PORTIONS IN 5TH CIR. R. 32.2.7(b)(3),

    THE BRIEF CONTAINS (select one):

    A.   50 words

2. THE BRIEF HAS BEEN PREPARED (select one):

    A.   in proportionally spaced typeface using:

    Software Name and Version: Microsoft Word in

    (Typeface Name and Font Size): 14 Century Schoolbook

    IF THE COURT SO REQUESTS, THE UNDERSIGNED WILL PROVIDE AN ELECTRONIC VERSION OF THE BRIEF AND/OR A COPY OF THE WORD OR LINE PRINTOUT.

3. THE UNDERSIGNED UNDERSTANDS A MATERIAL MISREPRESENTATION IN COMPLETING THIS CERTIFICATE, OR CIRCUMVENTION OF THE TYPE-VOLUME LIMITS IN 5TH CIR. R. 32.2.7, MAY RESULT IN

THE COURT'S STRIKING THE BRIEF AND IMPOSING SANCTIONS AGAINST THE PERSON SIGNING THE BRIEF.

<u>/s/ Justin Sadowsky</u>

Justin Sadowsky